No. 1017, Misc.   KLECHKA v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 1025, Misc.   GRANT v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 422, Misc.   FORNEY v. NEBRASKA.   Sup. Ct. Neb. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *James A. Lake* for petitioner.   *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Harold Mosher,* Assistant Attorney General, for respondent.

No. 572, Misc.   McWILLIAMS v. UNITED STATES. C. A. 8th Cir.   Motion to remand and petition for writ of certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.   *Bernard J. Mellman* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 743, Misc.   GRAY v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 884, Misc.   CACHOIAN v. UNITED STATES.   C. A. 2d Cir.   Motion for leave to supplement petition granted. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.